Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorneys for KARINA GALLEGOS-FELIX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>KARINA GALLEGOS-FELIX,<br><br>                    Defendant. | CASE NO.  1:21-CR-00154-ADA<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: September 18, 2023<br>TIME: 2:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

This case is set for a Status Conference on September 18, 2023, at 2:00pm.  Defendant, by and through defendant's counsel of record, and the United States of America, by and through its counsel of record, and hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on September 18, 2023, at 2:00 p.m.

2.      By this stipulation, the parties now move to continue the status conference until October 2 , 2023, at 2:00 p.m.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The defendant and his counsel request a continuance to October 2, 2023, to allow additional time to review and discuss the case, as well as to confer with probation and government counsel regarding potential resolution.

///

STIPULATION CONTINUING STATUS CONFERENCE                    1

b)     The government does not object to the continuance.


IT IS SO STIPULATED.



Dated:  September 14, 2023                    PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ BRITTANY M. GUNTER
                                             BRITTANY M. GUNTER
                                             Assistant United States Attorney


Dated:  September 14, 2023                    /s/ ADILENE FLORES ESTRADA
                                             ADILENE FLORES ESTRADA
                                             Counsel for Defendant
                                             KARINA GALLEGOS-FELIX



## **ORDER**

IT IS SO ORDERED that the status conference is continued from September 18, 2023, to **October 2, 2023, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **September 15, 2023**          /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE